# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DIRECTV, INC.,

              Plaintiff,

v.                                        Case No: 8:03-CV-939-T-27EAJ

DENNIS LOPEZ,

              Defendant,

and

UNITED STATES POSTAL SERVICE,

              Garnishee.

_____/

## ORDER

**BEFORE THE COURT** are the Defendant's Claim for Exemption and Request for Hearing (Dkt. 23) and the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. 28) recommending that Defendant's Claim for Exemption be granted. The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is therefore,

**ORDERED AND ADJUDGED**:

1) The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Defendant's Claim for Exemption (Dkt. 23) is **GRANTED**.

**DONE AND ORDERED** in chambers on this 13th day of July, 2005.

                                                            _____
                                                             JAMES D. WHITTEMORE
                                                             United States District Judge

Copies to: Counsel of Record